UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

CESAR FLOREZ                                                            Chapter 11
d/b/a ASHFORD AVE ACQUISITION,

                                       Case No. 18-40642-CEC
                    Debtor.
-------------------------------------------------------x

## ORDER DISMISSING CASE WITH PREJUDICE

Upon the motion of William K. Harrington, United States Trustee for Region 2, filed on March 7, 2018 to dismiss this case, with prejudice to the Debtor filing another bankruptcy case under any chapter and in any court for two years, pursuant to 11 U.S.C. § 1112(b), and upon the hearing held before this Court on April 4, 2018, and it appearing that appropriate notice has been given, and cause existing for the relief requested, it is

ORDERED, that the chapter 11 case of Cesar Florez be and is hereby dismissed, pursuant to 11 U.S.C. § 1112(b), with prejudice to the Debtor refiling a bankruptcy case under any chapter and in any court for the two years period following the date of entry of this order, without leave of the Court obtained on prior notice to the United States Trustee; and it is further

ORDERED, that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period.



**Dated: Brooklyn, New York**
        **April 13, 2018**
                                                            /s/ Carla E. Craig
                                                      **Carla E. Craig**
                                           **United States Bankruptcy Judge**